478 A.2d 95

Commonwealth v. Lee, Appellant.

Submitted February 27, 1984.
John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.

478 A.2d 96

Commonwealth v. Lewis, Appellant.

Argued May 17, 1984 Kerrington J. Lewis, for appellant; Edward M. Clark, Assistant District Attorney, for appellee.

Before CAVANAUGH, TAMILIA and HESTER, JJ.

Order affirmed.